WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Joyce Mays-Monroe, et al., | No. CV-24-01086-PHX-KML (CDB) |
| Plaintiffs, | **ORDER** |
| v. | |
| Centurion of Arizona LLC, et al., | |
| Defendants. | |

Plaintiffs seek review of an order by Magistrate Judge Bibles denying their motion to compel. (Doc. 37.) According to plaintiffs, the testimony they seek in their motion to compel would cover "the specifics of care provided to Mr. Mack, whether documented in the medical record or documented elsewhere, such as in patient visit scheduling, pharmacy notes, or medical record alerts that are not incorporated in the printed medical record." (Doc. 37 at 6.) Plaintiffs represent they are not seeking testimony "how or whether policies were complied with." (Doc. 37 at 6.) To ensure the court has a complete understanding of the underlying facts and the parties' positions, defendants must file a supplemental statement answering the following:

1) Was Mr. Mack provided any care that is not reflected in his medical records? In other words, if a 30(b)(6) deposition were allowed, would that deponent provide any information regarding care provided to Mr. Mack beyond what is contained in Mr. Mack's medical records?

2) Was Dr. Orm involved in Mr. Mack's care as a supervisor or other role similar to

her role in the cases cited at Doc. 46, page 9, lines 17-23?

Accordingly,

**IT IS ORDERED** no later than **January 21, 2025**, defendants shall file a statement of no more than two pages answering the questions above. Plaintiffs may file a response of no more than two pages no later than **January 23, 2025**.

Dated this 14th day of January, 2025.

_____
**Honorable Krissa M. Lanham
United States District Judge**